|   |   |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mal Kim<br><br>　　　　Plaintiff,<br><br>v.<br><br>Marukai Corporation et al<br><br>　　　　Defendants. | Case No. CV 19-02699-AB (FFMx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On July 19, 2019, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was filed on August 2, 2019. In light of Plaintiff's response, the Court continued the Order to Show Cause to August 13, 2019. In light of Plaintiff's response, the Court once again continued the Order to Show Cause to September 6, 2019. No response having been filed,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed,

1.

without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: September 18, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE